IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: *
 *
GABRIEL HUNTER, * CASE NO: 14-01855
 *
 Debtor. *

**OBJECTION TO CLAIM #021 CERASTES WTB, LLC**

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> **PURSUANT TO LOCAL STANDING ORDER, THE COURT WILL CONSIDER THIS MOTION WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A WRITTEN OBJECTION WITHIN 30 DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITH THE CLERK AT WWW.ALSB.USCOURTS.GOV (AS THE BANKRUPTCY COURT WILL NOT LONGER ACCEPT PAPER DOCUMENTS) AND SERVE A COPY ON THE MOVANT'S ATTORNEY, FRANCES HOIT HOLLINGER, POST OFFICE BOX 2028, MOBILE, ALABAMA 36652. IF YOU FILE AND SERVE A WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, AND WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

Comes now, the Debtor, Gabriel J. Hunter, by and through his attorney of record, Frances Hoit Hollinger and objects to claim number 021 filed on October 22nd, 2014, by Cerastes WTB. LLC., in the sum of $480.00, and as grounds for said objection states as follows:

1. Claim is a duplicate of Claim #20.

2. Debtor objects to Cerastes WTB, LLC's claim as filed.

WHEREFORE, Debtors move this Honorable Court for an Order sustaining the objection to the secured claim filed by Cerastes WTB, LLC, and disallow the claim as filed.

Respectfully submitted this the 12th day of November, 2014.

/s/ Frances Hoit Hollinger
FRANCES HOIT HOLLINGER (HOLLF4824)
Attorney for Debtor

FRANCES HOIT HOLLINGER, LLC
Post Office Box 2028
Mobile, Alabama 36652-2028
(251) 432-8878
(251) 432-2051 (f)

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2014, a copy of the foregoing was served on counsel in the above captioned proceeding, by either electronic mail or U. S. Mail, first class, postage prepaid and properly addressed to the following:

J. C. McAleer, Trustee
P. O. Box 1884
Mobile, Alabama 36633

Creastes WTB. LLC
c/o Weinstein, Pinson and Riley, PS
2001 Western Avenue,, Suite 400
Seattle, WA 98121

Gabriel Hunter
79602 Park Place Dr.
Mobile, AL 36608

/s/ Frances Hoit Hollinger
Frances Hoit Hollinger